# Third District Court of Appeal
## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1196
Lower Tribunal No. 20-459-P
_____

**Sherman Campbell I, LLC, etc., et al.,**
Appellants,

vs.

**KLIP, LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Monroe County, Luis Garcia, Judge.

Hutchison & Tubiana, PLLC, David G. Hutchison, and Matthew K. Hardee, for appellants.

Sanchez-Medina, González, Quesada, Lage, Gomez & Machado, LLP, Augusto R. Lopez, and Gustavo D. Lage, for appellees.

Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.